IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JORDAN A. WATSON,** | : |
| **Petitioner,** | : |
| VS. | : NO. 5:24-CV-00109-MTT-MSH |
| **BUTTS COUNTY SUPERIOR COURT,** *et al.*, | : |
| **Respondent.** | : |

## ORDER

*Pro se* Petitioner Jordan A. Watson, an inmate most recently confined in the Georgia Diagnostic and Classification Prison in Jackson, Georgia, has filed a document that was construed as a federal petition for writ of habeas corpus (ECF No. 1) and an amended petition (ECF No. 3) seeking relief pursuant to 28 U.S.C. § 2254. On May 20, 2024, a prior order of the Court was returned to the Court as undeliverable with a notation indicating Petitioner was in the hospital. Mail Returned 1, ECF No. 4. A search of the Georgia Department of Corrections' online offender query system indicates Petitioner is currently housed in the Ware State Prison. *See* http://www.dcor.state.ga.us/ GDC/Offender/Query (searched "Watson, Jordan") (last accessed June 3, 2024).

If Petitioner wishes to proceed with this action, he must recast his Petition using the Court's standard § 2254 form and submit it—with either payment of the $5.00 filing fee or a motion for leave to proceed *in forma pauperis*—within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the

appropriate forms for this purpose, marked with the case number of the above-captioned action, to his new address at Ware State Prison.  The Clerk is also **DIRECTED** to mail Petitioner another copy of the Court's order filed at ECF No. 2.

The Recast Petition will supersede (take the place of) the initial Petition (ECF No. 1) and the Amended Petition (ECF No. 3).  Petitioner should therefore include each of his claims for relief in his Recast Petition, even if he has already included those claims in the documents he has already filed with the Court.  Petitioner is also instructed to notify the Court in writing of any further change in his mailing address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.**  There will be no service of process in this case until further order.

**SO ORDERED**, this 4th day of June, 2024.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE